UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

GOETZ ENERGY CORP.,

                              Plaintiff

v.                                                                          Civil Action No. 16-cv-00445

                                                                                    **ORDER**

LAND AIR EXPRESS OF                                               Hon. Lawrence J. Vilardo
NEW ENGLAND, LTD., and
NORTHEAST FREIGHTWAYS, INC.,

                              Defendants.

_____

        The defendant, NORTHEAST FREIGHTWAYS, INC., having duly moved for an

Order, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, seeking dismissal

of the plaintiff's Complaint for lack of personal jurisdiction, along with such other relief as

is necessary and just,

        NOW, upon reading and filing the Notice of Motion and supporting Memorandum

of Law of Joseph J. Manna, Esq., dated July 11, 2016, with the Declaration of Phillip J.

Palker. attached thereto, and the Reply Memorandum of Law of Joseph J. Manna, Esq.,

dated August 22, 2016, all in support of the Motion; and the Affidavit of Robert P. Goodwin,

Esq., sworn to on the 1st day of August, 2016, with exhibits attached thereto and

accompanying Memorandum of Law, all submitted in opposition to the Motion; and upon

hearing Sheehan Phinney Bass & Green, PA, (Michael J. Lambert, Esq., of counsel) in

support of the Motion of the defendant, NORTHEAST FREIGHTWAYS, INC., and the Law

Offices of Walsh, Roberts & Grace (Robert P. Goodwin, Esq., of counsel) in opposition

thereto, and due deliberation having been had thereon and the Court having rendered its

Decision on October 5, 2016;

NOW, upon Motion of Sheehan Phinney Bass & Green, PA, attorneys for the

defendant, NORTHEAST FREIGHTWAYS, INC., it is hereby,

ORDERED, that the Motion of the defendant, NORTHEAST FREIGHTWAYS, INC.,

is hereby, DENIED.

ENTER:

Hon. Lawrence J. Vilardo, U.S.D.C.J

10 - 21 - 14